UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CR-80001-RLR

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SIDNEY ARNEL FLERME,

        Defendant.

_____/

## REPORT AND RECOMMENDATION ON COMPETENCY

The Court has received the competency report from the Bureau of Prisons. ECF No. 37 (sealed). At a hearing on July 17, 2023, defense counsel did not contest the examiner's findings and did not request leave to have a separate competency evaluation performed.

Accordingly, this Court **RECOMMENDS** that the District Court adopt the examiner's findings, find Mr. Flerme competent to proceed, and schedule further proceedings in this case.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the

district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 17th day of July 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE