UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80001-ROSENBERG/REINHART

UNITED STATES OF AMERICA

vs.

SIDNEY ARNEL FLERME,

Defendant.
_____/

## FACTUAL BASIS IN SUPPORT OF GUILTY PLEA

The United States of America and Sidney Arnel Flerme, (hereinafter "Defendant") agree that had this case proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt as to Counts Five, Six, and Seven of the Indictment charging the defendant with possession with intent to distribute a controlled substance (fentanyl) in violation of Title 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(B)(vi), possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), and possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1)

### Elements

#### Count 5: Possession with Intent to Distribute a Controlled Substance

**First**: The Defendant knowingly possessed a mixture and substance containing a detectable amount of fentanyl;

**Second**: That the Defendant intended to distribute the mixture and substance containing a detectable amount of fentanyl; and

**Third**: That the weight of the mixture and substance containing a detectable amount of fentanyl was forty (40) grams or more.

### Count 6: Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**First:** That the Defendant committed the drug trafficking crime charged in Count 5 of the Indictment; and

**Second:** That the Defendant knowingly possessed a firearm in furtherance of that crime, as charged in the Indictment.

### Counts 7: Possession of a Firearm and Ammunition by a Convicted Felon

**First:** That the Defendant knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce;

**Second:** Before possessing the firearm and ammunition, the Defendant had been convicted of a felony – a crime punishable by imprisonment for more than one year; and

**Third:** At the time the Defendant possessed the firearm and ammunition, the Defendant knew he had been convicted of a felony.

### Facts

1. In May 2022, a Boynton Beach Police Department ("BBPD") detective received an Anonymous Crime Stoppers Tip that stated that there were "drug dealers" in the complex of Advenir at La Costa and Gateway in Apartment #14203, Boynton Beach, Florida who were selling heroin and cocaine. On June 6, 2022, a BBPD detective conducted physical surveillance on foot and witnessed the defendant exit 14203 Mahogany Drive, Boynton Beach, Florida, walk to the parking lot, and enter a vehicle registered in his name. BBPD detectives, through the use of Confidential Sources and an BBPD undercover agent ("UC"), contacted the defendant to arrange for narcotics transactions. In and around August and September 2022, BBPD conducted four (4) undercover narcotics transactions with the defendant wherein the defendant sold fentanyl to the UC ranging in weight from 1.1 to 6.6 grams. These transactions occurred outside of the defendant's residence at 14203 Mahogany Drive, Boynton Beach, Florida 33426.

2. On September 15, 2022, the BBPD Violent Crimes Task Force ("VCTF") and BBPD SWAT executed a search warrant at 14203 Mahogany Drive, Boynton Beach, Florida 33426. The

defendant was observed walking out of the residence with a clear plastic bag in his hand, at which time BBPD VCTF and SWAT approached the defendant. The defendant was seen throwing the clear plastic bag onto the ground. The defendant was taken into custody by BBPD VCTF and SWAT. Upon inspection of the clear plastic baggie, BBPD officers discovered twenty-six (26) capsules of suspected fentanyl inside.

3. During the search of the defendant's residence, BBPD officers located the following items: the defendant's driver's license, multiple Ziplock baggies containing suspected fentanyl; digital scales, empty capsules, a blender with fentanyl residue, and a 4-ton pill press. The suspected fentanyl was later tested by the Palm Beach County Sheriff's Office and confirmed to be fentanyl with a net weight of 279.4229 grams. On the kitchen counter and in direct proximity to the fentanyl and drug paraphernalia, BBPD officers located a Smith and Wesson M&P9 Shield semi-automatic pistol, a Ruger LCP semi-automatic pistol, ten (10) 9mm rounds of Speer ammunition and four (4) .380 caliber rounds of Federal ammunition. BBPD officers searched the defendant's 2017 Infinity QX70, Florida Temporary Tag: DF9253, and discovered three (3) knotted bags containing suspected fentanyl. The knotted bags were later tested by the Palm Beach County Sheriff's Office and the substances in two of the bags were confirmed to be fentanyl with a net weight of 3.6671 grams. The third bag was confirmed to be cocaine with a net weight of 1.5716 grams.

4. A DNA analysis was conducted on the pistol grip of the Smith and Wesson M&P9 Shield semi-automatic pistol. The analysis concluded, "The DNA profile obtained from this sample is approximately 120 quadrillion times more probable if the sample originated from Sidney Arnel Flerme and two unknown persons than if it originated from three unknown persons. This analysis provides very strong support for the proposition that Sidney Arnel Flerme is a contributor to the DNA profile obtained from the sample."

5. The firearms and ammunition possessed by the defendant were manufactured outside the state of Florida and therefore were possessed in and affecting interstate and foreign commerce.

6. Prior to possessing the firearms and ammunition on September 15, 2022, the defendant was convicted of a felony – a crime punishable by imprisonment for more than one year. Moreover, prior to possessing the firearms and ammunition on September 15, 2022, the defendant knew he had been convicted of a felony.

7. All events occurred in the Southern District of Florida.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

10/11/23
DATE

By: _____
BRIAN D. RALSTON
ASSISTANT UNITED STATES ATTORNEY

10-10-23
DATE

By: _____
GLENN H. MITCHELL
COUNSEL FOR DEFENDANT

10-10-23
DATE

By: _____
SIDNEY ARNEL FLERME
DEFENDANT